have fallen in.    The ditch into which they fell was dug on the previous day.    The driver could have gone to his destination by other streets without much loss of time.    There was nothing to give notice of the danger, except the excavations themselves and the piles of earth and stone.    The horses died from the fall.    Plaintiffs alleged that the city was negligent in suffering the excavations to be made without any guard or protection of any sort around them.

W. W. HADEN, for plaintiffs.

J. A. ANDERSON and FULTON COLVILLE, for defendant.

---

THE STANDARD WAGON Co. *v.* LOWRY, surviving partner.

The plaintiff's debtor being, at the time of the service of the garnishment, in the employment of the garnishee at a fixed rate of compensation per month, which was payable at the end of each month; and the garnishee not being indebted to the debtor at the time of the service, but being then his creditor for overpayments or advances made to him on general account; and this state of things, by reason of further dealings and advance payments, continuing through several succeeding months, and up to the time the garnishment was answered, at which time there was still a balance in favor of the garnishee, so that he never was at any time after the service of the garnishment indebted to the plaintiff's debtor in any sum whatever, but during the whole period was his creditor, having paid him in advance for each month's services before they were rendered, a judgment against the garnishee on these facts was contrary to law, to evidence, and to right.    And there being no dispute as to the facts, direction is given that the judgment be set aside and the garnishee discharged.          *Judgment reversed.*
June 30, 1894.

Garnishment.    Before Judge LUMPKIN.    Fulton superior court.    September term, 1893.

B. F. ABBOTT, for plaintiff in error.

KONTZ & CONYERS, *contra.*

---